**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Kristian Stewart, Raphael Snell, and John Doe,
Defendants,

Of whom Kristian Stewart is the Appellant.

In the interests of minors under the age of eighteen.

Appellate Case No. 2024-000095

———————

Appeal From Greenville County
Rochelle Y. Conits, Family Court Judge

———————

Unpublished Opinion No. 2024-UP-314
Submitted September 10, 2024 – Filed September 10, 2024

———————

**AFFIRMED**

———————

Kimberly Yancey Brooks, of Kimberly Y. Brooks, Attorney at Law, of Greenville, for Appellant.

Amanda Stiles, of South Carolina Department of Social Services, of Greenville, for Respondent.

Megan Goodwin Burke, of Greenville; and Don J. Stevenson, of Don J. Stevenson, Attorney at Law, of Greenville, both for the Guardians ad Litem.

---

**PER CURIAM:** Kristian Stewart appeals the family court's final order terminating her parental rights to her minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2023). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Stewart's counsel.

**AFFIRMED.**[1]

**THOMAS, HEWITT, and VINSON, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.